**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Robert Asa Gordon, Pro Se<br>DC Presidential Elector,<br>Chair, DC Statehood Green Party Electoral College Task Force<br>Exe.Dir. Douglass Institute of Government<br>1667 Webster St. NE<br>Washington, DC 20017<br>(202) 635-7926<br><br>Thelma Tharpe, Pro Se<br>3101 College Street<br>Savannah, Ga. 31404<br>(912) 354-4479<br><br>**Plaintiffs**<br><br>VS.<br><br>The Honorable Lorraine C. Miller<br>Clerk of the U.S. House of Representatives<br>U.S. Capitol, Room H154<br>Washington, DC 20515–6601<br>(202) 225–7000<br><br>**Defendant.** | 11 0003 |

## LOCAL RULE 65.1

This is to certify that on the 3rd day of January 2010 A Copy (Not Served) of the Complaint / TRO / Order and supporting memorandum of law in the above captioned matter was provided to the Defendant, U.S. Attorney, and to the U.S. Attorney General by attached pdf files via e-mail to: info.clerkweb@mail.house.gov ; dc.outreach@usdoj.gov ; AskDOJ@usdoj.gov.

Robert Asa Gordon_Pro Se
1667 Webster St. N.E.
Washington, D.C. 20017
(202) 635-7926

**FILED**
JAN - 3 2011
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia